1 | Case NO.:

**EXHIBIT 1**

**Copy of I-140 Approval Notice**

**Qiang LU vs. Michael Chertoff** *et al*  *Exhibits*

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| **RECEIPT NUMBER** WAC-03-263-53937 | **CASE TYPE** I140 IMMIGRANT PETITION FOR ALIEN WORKER | |
| **RECEIPT DATE** September 22, 2003 | **PRIORITY DATE** September 22, 2003 | **PETITIONER** LU, QIANG |
| **NOTICE DATE** September 27, 2004 | **PAGE** 1 of 1 | **BENEFICIARY** LU, QIANG |

QIANG LU
C/O QIANG LU
3077 LOS PRADOS ST 206
SAN MATEO CA 94403

**Notice Type:** Approval Notice
**Section:** Alien of Extraordinary Ability, Sec.203(b)(1)(A)

Courtesy Copy: Original sent to: HARRINGTON, MARK

This courtesy notice is to advise you of action taken on this case. The official notice has been mailed to the attorney or representative indicated above. Any relevant documentation included in the notice was also mailed as part of the official notice.

---

The above petition has been approved. The approved petition will be stored in this office. If the person for whom you are petitioning is or becomes eligible to apply for adjustment of status, he or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based upon this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797C (Rev. 08/31/04) N

1
2
3
4
5                              **EXHIBIT 2**
6
7                         **Copies of I-485 Receipt Notice**
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Qiang LU vs. Michael Chertoff** *et al*                                                                *Exhibits*



| RECEIPT NUMBER<br>WAC-04-240-52396 | | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>August 27, 2004 | PRIORITY DATE | APPLICANT A97 875 014<br>LU, QIANG |
| NOTICE DATE<br>September 1, 2004 | PAGE<br>1 of 1 | |

| MARK E. HARRINGTON ATTY AT LAW<br>ZHANG & ASSOCIATES PC<br>RE: QIANG LU<br>7324 SOUTHWEST FREEWAY 1088<br>HOUSTON TX 77074 | Notice Type: Receipt Notice<br><br>Amount received: $ 385.00<br><br>Section: Other basis for adjustment |
|---|---|

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone:** (800) 375-5283



Form I-797C (Rev. 11/28/03) N



| RECEIPT NUMBER<br>WAC-04-240-52424 | | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>August 27, 2004 | PRIORITY DATE | APPLICANT A97 875 015<br>LIU, YANNAN |
| NOTICE DATE<br>September 1, 2004 | PAGE<br>1 of 1 | |

| MARK E. HARRINGTON ATTY AT LAW<br>ZHANG & ASSOCIATES PC<br>RE: YANNAN LIU<br>7324 SOUTHWEST FREEWAY 1088<br>HOUSTON TX 77074 | **Notice Type:** Receipt Notice<br><br>Amount received: $ 385.00<br><br>Section: Derivative adjustment |
|---|---|

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797C (Rev. 11/28/03) N

**EXHIBIT 3**

**Copies of USCIS' responses while the cases were at the California Service Center**



U.S. Department of Homeland Security
P.O. Box 30111
Laguna Niguel, CA 92607-0111

**U.S. Citizenship and Immigration Services**

Date: January 14, 2005

WAC Receipt Number:
04 240 52424
04 240 52396

Qiang Lu & Yannan Liu
3 Dory Lane
Foster City CA 94404

<u>**The following is provided in response to your inquiry sent to the California Service Center:**</u>

☐  **Pending**-Your case is still pending review and undergoing system checks. Please allow approximately 180 days for completion before submitting additional inquiries. You will be notified by mail once a decision has been made on your case.

**NOTE:** The district offices are no longer seeing customers unless they have an appointment. Please visit our website at: http:www.Infopass.USCIS.gov to make an appointment with the district office.

Please call the National Customer Service Center toll free number (800) 375-5283 or visit our website at: http://www.USCIS.GOV for additional information. Thank you.

California Service Center
Congressional & Customer Relations Division XII

Officer: LANE JY,IIO
(February 2004.4)

U.S. Department of Homeland Security



U.S. Citizenship and Immigration Services

| U.S. Citizenship and Immigration Services<br>www.uscis.gov<br>1-800-375-5283 | California Service Center<br>Po Box 30111<br>Laguna Niguel, Ca 92607 |
|---|---|

Qiang Lu
3 Dory Ln
Foster City, Ca 94404

Dear Qiang Lu:

On 05/09/2005 you, or the designated representative shown below, contacted CIS about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | LU, QIANG |
| **Caller indicated they are:** | APPLICANT/PETITIONER |
| **Attorney Name:** | , |
| **Case type:** | I-485 EMPLOYMENT BASED |
| **Filing date:** | 08/27/2004 |
| **Receipt #** | WAC0424052396 |
| **Beneficiary** (if you filed for someone else) | , , |
| **Your CIS Account Number** | 097875014 |
| **Type of Service Requested** | CASE STATUS |

The status of this service request is:


If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Sincerely,

Page 2

This is to inform you that the I-485 in question is still pending. The reason that it is still pending is that USCIS is awaiting NAME CHECK results form the FBI. It may have been a long time since we sent the name, but USCIS has no control of the time it takes. USCIS has confirmed the name is pending. We apologize for the delay.

Please note:
Before a derivative can be adjudicated, the principal must be adjudicated.

**YAHOO! MAIL**  Print - Close Window

| | |
|---|---|
| **From:** | "Mark Harrington" <mharrington@hooyou.com> |
| **To:** | "'Qiang Lu'" <atizoe@yahoo.com> |
| **Subject:** | FW: Two overdue 485 cases, update requested |
| **Date:** | Tue, 10 May 2005 13:37:37 -0500 |

```
Qiang:  Here's an e-mail I've received on your case.

We'll send another e-mail in 60 days.

Take care

Mark E. Harrington, Esq.
Zhang & Associates, PC
7324 Southwest Freeway, #1088
Houston, TX 77074
Phone: (713) 771-8433
FAX: (713) 771-8368
mharrington@hooyou.com
bio: http://www.hooyou.com/zbg_team/mharrington.html

-----Original Message-----
From: 485, CSC XII [mailto:CSC-XII.485@dhs.gov]
Sent: Tuesday, May 10, 2005 8:42 AM
To: "Mark Harrington"
Subject: Re:Two overdue 485 cases, update requested

These cases are undergoing routine security checks.
Please allow 60 days before submitting another inquiry.

Thank you,
Kathleen Bergey
Center Adjudications Officer
Congressional & Consumer Relations Division XII
California Service Center

_____Reply Separator_____
Subject:    Two overdue 485 cases, update requested
Author: "Mark Harrington" <SMTP:mharrington@hooyou.com>
Date:        4/13/05 1:52 PM

The following 485 cases are overdue.  I am the attorney of record for
 the
case.
Please provide my office an update on these two cases.


PRIMARY APPLICANT, Qiang LU

WAC-04-240-52396

Notice date: 8/27/2004

Please note that this case is based on approved I-140 (EB-1(a)),
WAC-03-263-53937



DERIVATIVE APPLICANT, Yannan LIU (spouse)

WAC-04-240-52424

Receipt Date 08/27/2004



Thank you--


Mark E. Harrington, Esq.

Zhang & Associates, PC

7324 Southwest Freeway, #1088

Houston, TX 77074

Phone: (713) 771-8433

FAX: (713) 771-8368

mharrington@hooyou.com <mailto:mharrington@hooyou.com>

bio: http://www.hooyou.com/zbg_team/mharrington.html
```

# Qiang Lu

| | |
|---|---|
| **From:** | Marie Kawai [kawai@tandslaw.com] |
| **Sent:** | Friday, September 15, 2006 2:09 PM |
| **To:** | 'Qiang Lu' |
| **Subject:** | I765 & I131 receipt notices & I485 status inquiry |
| **Attachments:** | DOC091506luQIANG.pdf |

Dear Qiang,

For your reference, please find attached copies of receipt notices issued in connection with you and your spouse's EAD/AP extension applications.

We have also received a response to our I485 status inquiry.  USCIS responded stating that both applicants are pending FBI name check.  I did inquired again to argue that USCIS's website shows that the FBI fingerprint has been complete, but USCIS responded back with the same response.
USCIS' usual inquiry procedures requires us to wait another 180 days to submit a follow-up inquiry.  I know this is a long time, but many others are going through the same FBI name check procedure.  Please understand that neither this office nor USCIS has control over the fingerprint/name check processing time at FBI.

I have marked my calendar to perform another inquiry on March 15, 2007 if your AOS is not approved by then.  Hopefully it will be approved....

Thank you,
Marie

Marie Kawai
Sr. Immigration Paralegal
Tafapolsky & Smith LLP
90 New Montgomery St., 8F
San Francisco, CA 94105
Tel: 415-344-3609
Fax: 415-975-9850
www.tandslaw.com

Confidentiality:  The contents of this email may contain confidential information intended solely for the recipient.  If you are not the intended recipient of this message kindly delete the message.

1
2
3
4
5                                     **EXHIBIT 4**
6
7              **Copies of USCIS' Fingerprint Appointment Notice**
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Qiang LU vs. Michael Chertoff** *et al*                                                                              *Exhibits*

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

2100135

## THE UNITED STATES OF AMERICA

Fingerprint Notification

**NOTICE DATE**
September 23, 2004

**CASE TYPE**
I485    Application To Register Permanent Residence Or Adjust Status

**INS A#**
A 097 875 014

**APPLICATION NUMBER**
FPS*002664770

**RECEIVED DATE**
August 27, 2004

**PRIORITY DATE**
August 27, 2004

**PAGE**
1 of 1

**APPLICANT NAME AND MAILING ADDRESS**

QIANG LU
c/o MARK E HARRINGTON ATTY AT LAW
ZHANG & ASSOCIATES PC
# 7324 SOUTHWEST FREEWAY 1088
RE: QIANG LU
HOUSTON TX  77074

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**
INS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO CA 94111

**DATE AND TIME OF APPOINTMENT**
10/12/2004
10:00 AM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon    ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO CA 94111

If you have any questions regarding this notice, please call 1-800-375-5283.    **REPRESENTATIVE COPY**

**APPLICATION NUMBER**
FPS*002664770

**WARNING!**
Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.

Form I-797C (Rev. 08/31/04) N