Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

| Fingerprint Notification | NOTICE DATE September 23, 2004 |
|---|---|

| CASE TYPE I485    Application To Register Permanent Residence Or Adjust Status | INS A# A 097 875 015 |
|---|---|

| APPLICATION NUMBER FPS*002664772 | RECEIVED DATE August 27, 2004 | PRIORITY DATE August 27, 2004 | PAGE 1 of 1 |
|---|---|---|---|

APPLICANT NAME AND MAILING ADDRESS

YANNAN LIU
c/o MARK E HARRINGTON ATTY AT LAW
ZHANG & ASSOCIATES PC
# 7324 SOUTHWEST FREEWAY 1088
RE: YANNAN LIU
HOUSTON TX 77074



To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| INS SAN FRANCISCO 250 BROADWAY STREET SAN FRANCISCO CA 94111 | 10/12/2004 10:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:     ☐ Wednesday afternoon     ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO CA 94111

If you have any questions regarding this notice, please call 1-800-375-5283.     REPRESENTATIVE COPY

| APPLICATION NUMBER FPS*002664772 | |
|---|---|

**WARNING!**
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 08/31/04) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action



## ASC Appointment Notice

| | | NOTICE DATE |
|---|---|---|
| | | 09/22/2005 |

| CASE TYPE | | SOCIAL SECURITY NUMBER | USCIS A# |
|---|---|---|---|
| I485 Application to Register Permanent Resident or Adjust Status | | | A097875014 |

| APPLICATION NUMBER | CODE | SERVICE CENTER | PAGE |
|---|---|---|---|
| WAC0424052396 | 3 | WSC | 1 of 1 |

QIANG LU
3 DORY LANE
FOSTER CITY, CA 94404

11/9/05 @ 11:am



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**

If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.

**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS SAN FRANCISCO | 10/05/2005 |
| 250 BROADWAY STREET | 11:00 AM |
| SAN FRANCISCO, CA 94111 | |

BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
ON NOV 9 - 2005
TENPRINTS QA REVIEW BY:
ON NOV 9 - 2005

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

### REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available:  ☒ Wednesday afternoon        ☐ Saturday afternoon

any day after 10/06/05

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.

Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

USCIS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO, CA 94111

| APPLICATION NUMBER 1 | |
|---|---|
| I485 | WAC0424052396 |

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| ASC Appointment Notice | | | NOTICE DATE 09/22/2005 |
|---|---|---|---|
| CASE TYPE I485  Application to Register Permanent Resident or Adjust Status | | SOCIAL SECURITY NUMBER | USCIS A# A097875015 |
| APPLICATION NUMBER WAC0424052424 | CODE 3 | SERVICE CENTER WSC | PAGE 1 of 1 |

YANNAN LIU
3 DORY LANE
FOSTER CITY, CA 94404

*11/9/05 @ 11am*

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**

If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below.

**RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION.  IF YOU FAIL TO APPEAR AS SCHEDULED BELOW AND FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS SAN FRANCISCO | 10/05/2005 |
| 250 BROADWAY STREET | 11:00 AM |
| SAN FRANCISCO, CA 94111 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**

**1. THIS APPOINTMENT NOTICE** and

**2. PHOTO IDENTIFICATION.**  Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, your biometrics may not be taken.

### REQUEST FOR RESCHEDULING

Please reschedule my appoinment for the next available:  ☒ Wednesday afternoon      ☐ Saturday afternoon

*any day after 10/06/05*

U. S. Citizenship & Immigration Services (USCIS) cannot guarantee the day preferred, but will do so to the extent possible.

Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

USCIS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO, CA 94111

APPLICATION NUMBER 1

I485     -     WAC0424052424

If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**



THE UNITED STATES OF AMERICA

| **ASC Appointment Notice** | APPLICATION NUMBER<br>WAC0424052396 | | NOTICE DATE<br>2/21/2007 |
|---|---|---|---|
| CASE TYPE<br>I485 Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A#<br>A097875014 | CODE<br>1 |
| | TCR | SERVICE CENTER<br>WSC | PAGE<br>1 of 1 |

QIANG LU
3 DORY LANE
FOSTER CITY, CA 94404



ASC SITE CODE:
BIOMETRICS QA REVIEW BY:

ON

TENPRINTS QA REVIEW BY:

ON   MAR 0 7 2007

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** |
|---|---|
| USCIS SAN FRANCISCO<br>250 BROADWAY STREET<br>SAN FRANCISCO, CA 94111 | **DATE AND TIME OF APPOINTMENT**<br>03/07/2007<br>1:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

---

**REQUEST FOR RESCHEDULING**

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS SAN FRANCISCO, 250 BROADWAY STREET, SAN FRANCISCO, CA 94111

APPLICATION NUMBER 1

I485    -  WAC0424052396



If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797 (Rev. 01/31/05) N