Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**



# ASC Appointment Notice

| | |
|---|---|
| **CASE TYPE** | I485 Application to Register Permanent Resident or Adjust Status |
| **APPLICATION NUMBER** | WAC0424052424 |
| **NOTICE DATE** | 2/21/2007 |
| **SOCIAL SECURITY NUMBER** | |
| **USCIS A#** | A097875015 |
| **CODE** | 1 |
| **TCR** | |
| **SERVICE CENTER** | WSC |
| **PAGE** | 1 of 1 |

YANNAN LIU
3 DORY LANE
FOSTER CITY, CA 94404



ASC SITE CODE: XYD
BIOMETRICS QA REVIEW BY:
ON
TENPRINTS QA REVIEW BY:
ON MAR 0 7 2007

To process your application, the U.S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**
USCIS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO, CA 94111

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**

**DATE AND TIME OF APPOINTMENT**
03/07/2007
1:00 PM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**REQUEST FOR RESCHEDULING**

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS SAN FRANCISCO, 250 BROADWAY STREET, SAN FRANCISCO, CA 94111

**APPLICATION NUMBER 1**
I485    -  WAC0424052424



If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797 (Rev. 01/31/05) N

1
2
3
4
5                                             **EXHIBIT 5**
6
7                                **Copies of USCIS Case Transfer Notice**
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Qiang LU vs. Michael Chertoff** *et al*                                                                                                  *Exhibits*

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

### THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-04-240-52396 | | CASE TYPE  I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| RECEIPT DATE<br>September 1, 2004 | PRIORITY DATE | APPLICANT  A097 875 014<br>LU, QIANG |
| NOTICE DATE<br>March 6, 2007 | PAGE<br>1 of 1 | |

QIANG LU
C/O QIANG LU
3 DORY LANE
FOSTER CITY CA 94404

**Notice Type:** Transfer Notice

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

    Nebraska Service Center, P.O. BOX 82521, Lincoln, NE 68501-2521

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm**, to locate the processing dates for the specific service center that your case was transferred to.  If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case.  If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries.  The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797 (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-04-240-52424 | | CASE TYPE   I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| RECEIPT DATE<br>September 1, 2004 | PRIORITY DATE | APPLICANT   A097 875 015<br>LIU, YANNAN |
| NOTICE DATE<br>March 6, 2007 | PAGE<br>1 of 1 | |

YANNAN LIU
C/O YANNAN LIU
3 DORY LANE
FOSTER CITY CA 94404

**Notice Type:** Transfer Notice

This is to advise you that in order to speed up processing we have transferred the above case to the following USCIS office for processing:

Nebraska Service Center, P.O. BOX 82521, Lincoln, NE 68501-2521

That office will notify you of the decision made on the application or petition.

Please read the following information before attempting to contact the National Customer Service Center for an update:

Please refer to the USCIS processing dates webpage, via the USCIS home webpage **http://www.uscis.gov/graphics/index.htm**, to locate the processing dates for the specific service center that your case was transferred to.  If the service center is within processing time for your particular application or petition, USCIS cannot provide an update on your case.  If the service center is outside of processing time for your particular application or petition, please call Customer Service at 1-800-375-5283 to request an update.

Please read the following information if you submitted a Premium Processing application or petition:

Please contact the Premium Processing phone number at 1-866-315-5718 for inquiries.  The 15-day Premium Processing clock does not start until the correct office receives the application or petition.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



Form I-797 (Rev. 01/31/05) N

1
2
3
4
5                              **EXHIBIT 6**
6
7   **Copies of USCIS Processing Dates of the California Service Center and the Nebraska Service**
8                              **Center, posted on February 20, 2007**
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Service Center Processing Dates for **California Service Center** Posted February 20, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | May 22, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | November 20, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | December 21, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | December 21, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | December 21, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | February 05, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | January 21, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | December 21, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | December 21, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | January 21, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | December 21, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | December 21, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | December 21, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | December 21, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | December 21, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | December 21, 2006 |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | August 21, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | August 21, 2006 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | January 17, 2003 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | April 30, 2001 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | April 30, 2001 |
| I-130 | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | January 01, 2005 |
| I-130 | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | February 07, 2005 |
| I-131 | Application for Travel Document | All other applicants for advance parole | November 20, 2006 |

| | | | |
|---|---|---|---|
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | August 21, 2006 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | March 06, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | August 21, 2006 |
| I-526 | Immigrant Petition By Alien Entrepreneur | For use by an entrepreneur who wishes to immigrate to the United States | August 21, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | November 20, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | November 20, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | November 20, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | November 20, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | November 20, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | November 20, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | November 20, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | November 20, 2006 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | August 20, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | August 21, 2006 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | December 04, 2006 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | January 22, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | December 04, 2006 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | December 04, 2006 |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | December 04, 2006 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | December 04, 2006 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | August 21, 2006 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | August 21, 2006 |

Service Center Processing Dates for **Nebraska Service Center** Posted February 20, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | August 21, 2006 |
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | August 19, 2005 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | August 21, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | November 20, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | May 19, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | May 19, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 19, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | February 05, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | January 21, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | May 19, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | January 21, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | May 19, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | May 19, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | May 19, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | May 19, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | May 19, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | May 19, 2006 |
| I-131 | Application for Travel Document | Permanent resident applying for a re-entry permit | September 21, 2006 |
| I-131 | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | September 21, 2006 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | November 20, 2006 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) dependent applying for advance parole | May 22, 2006 |
| I-131 | Application for Travel Document | All other applicants for advance parole | November 20, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | June 06, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | June 08, 2006 |

| Form | Title | Classification/Type | Date |
|---|---|---|---|
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | June 16, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | July 17, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | July 19, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | May 11, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | August 02, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | August 21, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | November 06, 2005 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | August 21, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | June 26, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | February 01, 2004 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | April 01, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | August 21, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | June 22, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | November 20, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | November 20, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | November 20, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | November 20, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | November 20, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | November 20, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | November 20, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | November 20, 2006 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | November 13, 2006 |
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | July 09, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | August 07, 2006 |

1
2
3
4
5                                              **EXHIBIT 7**
6
7       **Copy of USCIS' response after the cases were transferred to the Nebraska Service Center**
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



U.S. Department of Homeland Security
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

**U.S. Citizenship and Immigration Services**

Thursday, June 21, 2007

QIANG LU
3 DORY LANE
SAN MATEO CA 94404

Dear Qiang Lu:

On 06/15/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 08/27/2004 |
| **Receipt #:** | WAC-04-240-52396 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A097875014 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

# EXHIBIT 8

**Copy of USCIS' Processing Dates of the Nebraska Service Center posted on July 16, 2007**

Service Center Processing Dates for **Nebraska Service Center** Posted July 16, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | November 06, 2006 |
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | October 08, 2005 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | January 13, 2007 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | March 22, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | June 30, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | June 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | June 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | May 15, 2006 |
| I-131 | Application for Travel Document | Permanent resident applying for a re-entry permit | March 06, 2007 |
| I-131 | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | March 06, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | March 26, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) dependent applying for advance parole | October 14, 2006 |
| I-131 | Application for Travel Document | All other applicants for advance parole | March 26, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | October 03, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | December 11, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | September 07, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | September 18, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | September 14, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | August 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | October 06, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | October 20, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | January 13, 2007 |

| | | Removal | |
|---|---|---|---|
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | January 13, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | August 20, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | February 01, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | August 01, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | January 13, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | January 13, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | April 04, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | April 04, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | December 15, 2006 |
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | July 20, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | November 12, 2006 |
| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | June 16, 2007 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | April 28, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | June 16, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | March 26, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | April 27, 2007 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | January 13, 2007 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | November 29, 2006 |