SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QIANG LU, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary of the ) <br> Department of Homeland Security; EMILIO ) <br> T. GONZALEZ, Director, U.S. Citizenship ) <br> and Immigration Services; ROBERT S. ) <br> MUELLER, III, Director of the Federal ) <br> Bureau of Investigation; ) <br> ALBERTO R. GONZALES, Attorney ) <br> General of the United States; ) <br> CHRISTINA POULOS, Director, California ) <br> Service Center, U.S. Citizenship and ) <br> Immigration Services; GERARD ) <br> HEINAUER, Director, Nebraska Service ) <br> Center, U.S. Citizenship and Immigration ) <br> Services, ) <br> ) <br> Defendants. ) <br> _____ ) | No. C07-4221 JCS <br><br> DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

///

///

///

///

///

DECLINATION
07-4221 JCS

Respondent hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 22, 2007                                   Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/S/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

DECLINATION
07-4221 JCS                                2