1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12 QIANG LU,                              )   No. C07-4221 JCS
                                          )
13                     Plaintiff,         )
                                          )
14              v.                        )
                                          )
15 MICHAEL CHERTOFF, Secretary of the     )   ANSWER TO COMPLAINT
   Department of Homeland Security; EMILIO)
16 T. GONZALEZ, Director, U.S. Citizenship)
   and Immigration Services; ROBERT S.    )
17 MUELLER, III, Director of the Federal  )
   Bureau of Investigation;               )
18 ALBERTO R. GONZALES, Attorney          )
   General of the United States;          )
19 CHRISTINA POULOS, Director, California )
   Service Center, U.S. Citizenship and   )
20 Immigration Services; GERARD           )
   HEINAUER, Director, Nebraska Service   )
21 Center, U.S. Citizenship and Immigration)
   Services,                              )
22                                        )
                       Defendants.        )
23 _____)

24       The Defendants hereby submit their Answer to Plaintiff's Complaint for Writ in the Nature

25 of Mandamus.

26       1. Defendants admit the first sentence in Paragraph One; however, Defendants deny the

27 allegation that they have improperly withheld action on the application for adjustment of status to

28 Plaintiff's detriment.

ANSWER
07-4221 JCS

**PARTIES**

2. Defendants admit the allegations in Paragraph Two.

3. Defendants admit the allegations in Paragraph Three.

4. Defendants admit the allegations in Paragraph Four.

5. Defendants admit the first sentence in Paragraph Five, but deny the second sentence.

6. Defendants deny the allegations in Paragraph Six. The acting Attorney General of the United States is Peter D. Keisler.

7. Defendants admit the allegations in Paragraph Seven.

8. Defendants admit the allegations in Paragraph Eight.

**JURISDICTION**

9. Paragraph Nine consists of Plaintiff's allegations regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph Nine.

10. Defendants deny the allegations in Paragraph Ten.

**VENUE**

11. Paragraph Eleven consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required. Defendants aver that unless specifically provided by law, aliens have no residence in the Untied States for venue purposes.

**INTRADISTRICT ASSIGNMENT**

12. Defendants admit the allegations in Paragraph Twelve.

**EXHAUSTION OF REMEDIES**

13. Defendants deny that Plaintiff has exhausted his administrative remedies.

**CAUSE OF ACTION**

14. Defendants admit the allegations in Paragraph Fourteen.

15. Defendants admit the allegations in Paragraph Fifteen.

16. Defendants admit the first sentence in Paragraph Sixteen; however, Defendants are without sufficient information to admit or deny the remaining allegations in paragraph Sixteen, and on that basis, deny them.

17. Defendants admit the allegations in Paragraph Seventeen.

18. Defendants admit that Plaintiff's case has been transferred to the Nebraska Service Center. Defendants admit the allegations in the second sentence, but aver that any information available to the public regarding processing times refers to routine cases, not cases with pending FBI name checks.

19. Defendants deny the allegations in Paragraph Nineteen.

**INJURY TO PLAINTIFF**

20. Defendants deny the allegations in Paragraph Twenty.

21. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-One, and on that basis, deny them.

22. Defendants admit the allegations in Paragraph Twenty-Two.

23. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-Three.

24. Defendants admit the first sentence in Paragraph Twenty-Four; however, Defendants are without sufficient information to admit or deny the remaining allegations in this paragraph.

**PRAYER**

25. Paragraph Twenty-Five consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

**AFFIRMATIVE AND/OR OTHER DEFENSES**

All allegations not here before specifically admitted, denied, or modified are hereby denied. For further and separate answer, Defendants allege as follows:

FIRST DEFENSE

The Court lacks jurisdiction over the subject matter of this action

SECOND DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

THIRD DEFENSE

No acts or omissions by the United Stats or its employees were the proximate cause of any

1  injury or damages to the Plaintiff.

## FOURTH DEFENSE

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

## FIFTH DEFENSE

The Defendants are processing the application referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: October 22, 2007                Respectfully submitted,

                                       SCOTT N. SCHOOLS
                                       United States Attorney


                                       /s/
                                       MELANIE L. PROCTOR
                                       Assistant United States Attorney
                                       Attorneys for Defendants