1  Qiang Lu, *Pro se*
   3 Dory Lane
2  Foster City, CA 94404
   Telephone: (650) 303-5807
3  Email: luqiang@cal.berkeley.edu

4  Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| QIANG LU, | Case No.: C07-04221-SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation; ALBERTO GONZALES, Attorney General of the United States; CHRISTINA POULOS, Director, California Service Center, U.S. Citizenship and Immigration Services; GERARD HEINAUER, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services, | |
| Defendants. | |

I, Qiang LU, certify that on November 16, 2007, I caused a copy of the following document:

Case Management Scheduling Order for Reassigned Civil Cases

to be served on the person listed below by USPS Certified Mail with Return Receipt:

Certified Mail # 7007 0220 0001 3525 7144

---

Case No.: C07-04221-SBA
CERTIFICATE OF SERVICE

1

1  U.S. Attorney Office

2  Attn: Attorney Melanie Proctor

3  450 Golden Gate Avenue, Box 36055

4  San Francisco, CA 94102-3495

5  Please refer to the attached copy of USPS online delivery confirmation of said mail.

6  I declare under penalty of perjury that the foregoing information is true and correct.

9  Dated this 20th day of November, 2007                                   Respectfully submitted,

                                                                                     _____
                                                                                     Qiang Lu (Plaintiff)
                                                                                     *Pro se*

Case No.: C07-04221-SBA
CERTIFICATE OF SERVICE

## LIST OF ATTACHMENTS

*Exhibit*   *Description*

1.   Delivery confirmation of Certified Mail

# 7007 0220 0001 3525 7144

Case No.: C07-04221-SBA
CERTIFICATE OF SERVICE

3

**Exhibit 1**

USPS Mail # 7007 0220 0001 3525 7144

