1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11
   QIANG LU,                      )      No. C 07-4221 SBA
12                                )
                     Plaintiff,   )
13                                )
          v.                      )
14                                )
   MICHAEL CHERTOFF, Secretary of the  )   JOINT CASE MANAGEMENT
15 Department of Homeland Security; et al., )  STATEMENT
                                  )
16                   Defendants.  )
   ─────────────────────────────── )
17

18      1.  Jurisdiction and Service: There are no issues concerning personal jurisdiction.  Plaintiff

19 brought this Complaint under 28 U.S.C. §§ 1331 and 1361, and under the Administrative Procedure

20 Act.  All parties have been served.

21      2.  Facts: On August 27, 2004, Plaintiff filed a Form I-485 application for adjustment of

22 status to Legal Permanent Resident with USCIS.  On the same day, a derivative I-485 application

23 was filed on his wife's behalf.  On August 17, 2007,  Plaintiff filed this Complaint for a Writ in the

24 Nature of Mandamus, alleging that Defendants are unlawfully withholding or unreasonably delaying

25 action on his I-485 application, and asking the Court to compel USCIS to adjudicate both

26 applications for adjustment of status.  Plaintiff's name check is still pending with the Federal Bureau

27 of Investigation.  Plaintiff contends that his wife's name check remains pending; Defendants contend

28 that the status of her name check is irrelevant to his claims.

3.  Legal Issues: The principal legal issue the parties dispute is whether the Court has jurisdiction to compel agency action in this case and if so, whether a writ a mandamus should issue to remedy Defendants' alleged unreasonable delay in adjudicating Plaintiff's application. Defendants also contend that as a pro se plaintiff, Plaintiff may not argue for any relief for anyone other than himself, and that because his wife's application cannot be adjudicated until his application has been decided, there is no delay on her application.

4.  Motions: The parties anticipate that this case can be resolved through cross motions for summary judgment.

5.  Amendment of Pleadings: None.

6.  Evidence Preservation: None.

7.  Disclosures: The parties agree that this Court's review will be confined to the administrative record and therefore this proceeding is exempt from the initial disclosure requirements under Fed. R. Civ. P. 26.

8.  Discovery: There has been no discovery to date and the parties believe this matter can be resolved without discovery.  No experts will be designated.

9.  Class Actions: Not applicable.

10.  Related Cases: None.

11.  Relief: Plaintiff asks the Court to direct the agency to adjudicate his adjustment of status application and the derivation application on his wife's behalf.  This case does not involve damages.

12.  Settlement and ADR: The parties filed a Joint Request to Be Exempt From Formal ADR on December 4, 2007.

13.  Consent to Magistrate Judge for All Purposes: Defendants did not consent to assignment of this case to a United States Magistrate Judge.

14.  Other References: None.

15.  Narrowing of Issues: None.

16.  Expedited Schedule: The parties believe this matter can be solved through the motions.

17.  Scheduling: The parties propose the following briefing schedule:

CASE MANAGEMENT STATEMENT
No. C 07-4221 SBA                    2

Plaintiff's Motion for Summary Judgment:    December 17, 2007[1]

Defendants' Opposition and Cross Motion:    February 12, 2008

Plaintiff's Reply and Opposition:    February 19, 2008

Defendants' Reply:    February 26, 2008

The parties believe this case is suitable for submission on the briefs without oral argument.  Should the Court desire oral argument, the parties propose the following date:

Hearing: March 11, 2008, at 1:00 p.m.

18.  Trial: The parties believe the matter can be resolved through the motions for summary judgment.

19.  Disclosure of Non-party Interested Entities or Persons: None.

20.  Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter: None.

Dated: December 7, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
MELANIE L. PROCTOR[2]
Assistant United States Attorney
Attorneys for Defendants


Dated: December 7, 2007                    _____/s/_____
QIANG LU
Pro Se

///

///

///

_____

[1]Plaintiff acknowledges that this schedule allows Defendants an unusual amount of time to respond, but due to planned travel, must file his motion by this date.  Defendants' counsel has scheduled and planned travel during December and January that prevents her from responding earlier than the schedule suggests.  In addition, Defendants' counsel is unavailable for a hearing on the Court's first available date, as well as the Tuesday thereafter.

[2]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

**CASE MANAGEMENT ORDER**

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order. The Cross-Motions for Summary Judgment shall be taken under submission at the close of the briefing schedule.  IT IS SO ORDERED.

Dated: _____                                      _____
                                                        SAUNDRA BROWN ARMSTRONG
                                                        United States District Judge

**ALTERNATIVE CASE MANAGEMENT ORDER**

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order. The Cross-Motions for Summary Judgment will be heard on March 11, 2008, at 1:00 p.m..  IT IS SO ORDERED.

Dated: _____                                      _____
                                                        SAUNDRA BROWN ARMSTRONG
                                                        United States District Judge