1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8    QIANG LU,

9              Plaintiff,                        No. C 07-04221 SBA

10        v.                                     **ORDER**

     MICHAEL CHERTOFF, Secretary of the
11   Department of Homeland Security; et al.,

12             Defendants.

13   _____/

14        IT IS HEREBY ORDERED THAT the following briefing schedule is set in this matter:

15             i.    Plaintiff's Motion for Summary Judgment: on or before December 21, 2007;

16             ii.   Defendants' Opposition and Cross Motion: February 5, 2008;

17             iii.  Plaintiff's Reply and Opposition: February 12, 2008;

18             iv.   Defendants' Reply: February 19, 2008;

19             v.    Hearing: March 11, 2008, at 1:00 p.m.

20        IT IS FURTHER ORDERED THAT the Case Management Conference currently scheduled for

21   December 19, 2007 at 3:15 p.m. shall be CONTINUED to **March 11, 2008 at 1:00 p.m.**  The parties

22   shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference

23   Statement which shall be filed no later than ten (10) days prior to the Case Management Conference

24   that complies with the Standing Order For All Judges Of The Northern District Of California and the

25   Standing Order of this Court.

26        IT IS SO ORDERED.

27

28

United States District Court
For the Northern District of California

Dated: 12/19/07

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LU et al,

           Plaintiff,

  v.

CHERTOFF et al,

           Defendant.
_____/

Case Number: CV07-04221 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Qiang  Lu
3 Dory Lane
Foster City,  CA 94404

Dated: December 19, 2007

           Richard W. Wieking, Clerk
           By: LISA R CLARK, Deputy Clerk

**United States District Court**
For the Northern District of California

3