| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SC 9990) |
|   | United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143) |
|   | Chief, Civil Division |
| 3 | MELANIE L. PROCTOR (CSBN 228971) |
|   | Melanie.Proctor@usdoj.gov |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, California 94102-3495 |
| 6 | Telephone: (415) 436-6730 |
|   | FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| QIANG LU, | ) | No. C 07-4221 SBA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | STIPULATION TO EXTEND DATE |
| Department of Homeland Security; EMILIO | ) | |
| T. GONZALEZ, Director, U.S. Citizenship | ) | |
| and Immigration Services; ROBERT S. | ) | |
| MUELLER, III, Director of the Federal | ) | |
| Bureau of Investigation; | ) | |
| ALBERTO R. GONZALES, Attorney | ) | |
| General of the United States; | ) | |
| CHRISTINA POULOS, Director, California | ) | |
| Service Center, U.S. Citizenship and | ) | |
| Immigration Services; GERARD | ) | |
| HEINAUER, Director, Nebraska Service | ) | |
| Center, U.S. Citizenship and Immigration | ) | |
| Services, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    In the Case Management Statement, the parties suggested dates for cross motions for summary judgment. On December 19, 2007, the Court adopted the dates suggested by the parties. Plaintiff has finalized his travel plans, and he is able to file his motion for summary judgment on January 22, 2008. Therefore, subject to the approval of the Court, the parties stipulate that Plaintiff's motion shall be filed no later than January 22, 2008.

STIPULATION
No. C 07-4221 SBA

The remaining dates shall remain as set in the Court's Order dated December 19, 2007.

Dated: December __, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: December 19, 2007

QIANG LU
Pro Se

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

SAUNDRA B. ARMSTRONG
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
No. C 07-4221 SBA                              2