# CERTIFICATE OF SERVICE

**Qiang Lu v. Michael Chertoff; et al.**
**C 07-4221 SBA**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following document(s):

**STIPULATION TO EXTEND DATE**

to be served this date upon the party(ies) as follows:

✓   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___   **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

___   **FACSIMILE (FAX)**  Telephone No.: _____   I caused each such document to be sent by facsimile to the person or offices of each addressee below.

___   **FEDERAL EXPRESS**

___   **CERTIFIED MAIL**

___   **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Qiang Lu, Pro Se
3 Dory Lane
Foster City, CA 94404

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 21, 2007 at San Francisco, California.

/s/
CAROL E. WEXELBAUM
Legal Assistant