1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6  Telephone: (415) 436-6730
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11

12 LIYONG LI and XIAOMING WANG,        )    No. C 07-3653 SBA
                                       )
13              Plaintiffs,            )
                                       )
14      v.                             )
                                       )
15 MICHAEL CHERTOFF, Secretary of the  )    JOINT REQUEST FOR EXEMPTION
   Department of Homeland Security;    )    FROM THE FORMAL ADR PROCESS
16 EMILIO T. GONZALEZ, Director of U.S.)
   Citizenship and Immigration Services;)
17 ROBERT S. MUELLER, III, Director of )
   Federal Bureau of Investigation;    )
18 CHRISTINA POULOS, Regional Director )
   of California Service Center, U.S.  )
19 Citizenship and Immigration Services;)
   PETER D. KEISLER, United States     )
20 Attorney General,                   )
                                       )
21              Defendants             )
                                       )
22 _____ )

23      Each of the undersigned certifies that he or she has read either the handbook entitled

24 "Dispute Resolution Procedures in the Northern District of California," or the specified portions of

25 the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

26 resolution options provided by the court and private entities, and considered whether this case might

27 benefit from any of them.

28 ///

ADR CERTIFICATION
No. C 07-3653 SBA                    1

1  Here, the parties agree that referral to a formal ADR process will not be beneficial because
2  this action is limited to Plaintiffs' request for a hearing on their naturalization applications.  Given
3  the substance of the action and the lack of any potential middle ground, ADR will only serve to
4  multiply the proceedings and unnecessarily tax court resources.  Accordingly, pursuant to ADR
5  L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that
6  they be excused from participating in the ADR phone conference and any further formal ADR
7  process.

Dated: November 6, 2007                                             Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


          /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants


Dated: November 5, 2007                                                      /s/
LIYONG LI
Pro Se


          /s/
XIAOMING WANG
Pro Se

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:12/24/07                                                *signature*
SAUNDRA B. ARMSTRONG
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
No. C 07-3653 SBA                             2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LU et al,

        Plaintiff,

v.

CHERTOFF et al,

        Defendant.

Case Number: CV07-04221 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Qiang Lu
3 Dory Lane
Foster City, CA 94404

Dated: January 7, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

ADR CERTIFICATION
No. C 07-3653 SBA        3