SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| QIANG LU, ) | No. C 07-4221 SBA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary of the ) | STIPULATION TO EXTEND DATE |
| Department of Homeland Security; EMILIO ) | |
| T. GONZALEZ, Director, U.S. Citizenship ) | |
| and Immigration Services; ROBERT S. ) | |
| MUELLER, III, Director of the Federal ) | |
| Bureau of Investigation; ) | |
| ALBERTO R. GONZALES, Attorney ) | |
| General of the United States; ) | |
| CHRISTINA POULOS, Director, California ) | |
| Service Center, U.S. Citizenship and ) | |
| Immigration Services; GERARD ) | |
| HEINAUER, Director, Nebraska Service ) | |
| Center, U.S. Citizenship and Immigration ) | |
| Services, ) | |
| ) | |
| Defendants. ) | |
| ) | |

    In the Case Management Statement, the parties suggested dates for cross motions for summary judgment. On December 19, 2007, the Court adopted the dates suggested by the parties. Plaintiff has finalized his travel plans, and he is able to file his motion for summary judgment on January 22, 2008. Therefore, subject to the approval of the Court, the parties stipulate that Plaintiff's motion shall be filed no later than January 22, 2008.

STIPULATION
No. C 07-4221 SBA

The remaining dates shall remain as set in the Court's Order dated December 19, 2007.

Dated: December 21, 2007                     Respectfully submitted,

                                             SCOTT N. SCHOOLS
                                             United States Attorney


                                             _____/s/_____
                                             MELANIE L. PROCTOR[1]
                                             Assistant United States Attorney
                                             Attorneys for Defendants


Dated: December 19, 2007                     _____/s/_____
                                             QIANG LU
                                             Pro Se

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   1/10/08                              *Saundra B Armstrong*
                                             SAUNDRA B. ARMSTRONG
                                             United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
No. C 07-4221 SBA                    2

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE | |
| NORTHERN DISTRICT OF CALIFORNIA | |

LU et al,

        Plaintiff,

  v.

CHERTOFF et al,

        Defendant.
_____/

Case Number: CV07-04221 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Qiang Lu
3 Dory Lane
Foster City, CA 94404

Dated: January 11, 2008

                              Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk