Qiang Lu, *Pro se*
3 Dory Lane
Foster City, CA 94404
Telephone: (650) 303-5807
Email: luqiang@cal.berkeley.edu

Plaintiff

FILED
2008 JAN 24  PM 2:20

CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| QIANG LU,<br><br>            Plaintiff,<br><br>     vs.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services;<br>ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation;<br>ALBERTO GONZALES, Attorney General of the United States;<br>CHRISTINA POULOS, Director, California Service Center, U.S. Citizenship and Immigration Services;<br>GERARD HEINAUER, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services,<br><br>            Defendants. | Case No.:  C07-04221-SBA<br><br>**CERTIFICATE OF SERVICE** |

I, Qiang Lu, certify that on January 21, 2008, I caused a copy of the following document:

Notice of Motion and Plaintiff's Motion for Summary Judgment, with Exhibits and Declaration of Yannan Liu

to be served on the person listed below by UPS next day delivery service:

---

Case No.: C07-04221-SBA
CERTIFICATE OF SERVICE

1

1  Tracking number: 1Z E20 94E 13 5928 588 9

2  U.S. Attorney Office

3  Attn: Attorney Melanie Proctor

4  450 Golden Gate Avenue, Box 36055

5  San Francisco, CA 94102-3495

6  Attached is a copy of the UPS online delivery confirmation.

7  I declare under penalty of perjury that the foregoing information is true and correct.

10  Dated this 23rd day of January, 2008                    Respectfully submitted,

                                                                                    _____
                                                                                    Qiang Lu (Plaintiff)
                                                                                    *Pro se*

Case No.: C07-04221-SBA
CERTIFICATE OF SERVICE

2

# LIST OF ATTACHMENTS

| *Exhibit* | *Description* |
|---|---|
| 1. | Delivery confirmation of the UPS package Tracking # 1Z E20 94E 13 5928 588 9 |

Case No.: C07-04221-SBA
CERTIFICATE OF SERVICE

3

**Exhibit 1**

UPS # 1Z E20 94E 13 5928 588 9



**Tracking Detail**

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z E20 94E 13 5928 588 9 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 01/22/2008 12:10 P.M. |
| Signed By: | ROSS |
| Location: | OFFICE |
| Delivered To: | SAN FRANCISCO, CA, US |
| Shipped/Billed On: | 01/21/2008 |
| Service: | NEXT DAY AIR SAVER |

| Package Progress | | | |
|---|---|---|---|
| Location | Date | Local Time | Description |
| SAN FRANCISCO, CA, US | 01/22/2008 | 12:10 P.M. | DELIVERY |
| | 01/22/2008 | 4:31 A.M. | OUT FOR DELIVERY |
| | 01/22/2008 | 4:00 A.M. | ARRIVAL SCAN |
| SOUTH SAN FRANCISCO, CA, US | 01/22/2008 | 2:18 A.M. | DEPARTURE SCAN |
| SOUTH SAN FRANCISCO, CA, US | 01/21/2008 | 11:53 P.M. | ARRIVAL SCAN |
| SUNNYVALE, CA, US | 01/21/2008 | 10:26 P.M. | DEPARTURE SCAN |
| | 01/21/2008 | 6:45 P.M. | ORIGIN SCAN |
| | 01/21/2008 | 5:20 P.M. | PICKUP SCAN |
| US | 01/21/2008 | 7:03 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 01/23/2008 7:08 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

---

Case No.: C07-04221-SBA
**CERTIFICATE OF SERVICE**

4