1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              OAKLAND DIVISION
11
   QIANG LU,                              )   No. C 07-4221 SBA
12                                        )
                   Plaintiff,             )
13                                        )
          v.                              )
14                                        )
   MICHAEL CHERTOFF, Secretary,           )   NOTICE OF DEFENDANTS' MOTION
15 Department of Homeland Security; EMILIO)   AND MOTION FOR SUMMARY
   T. GONZALEZ, Director of United States )   JUDGMENT
16 Citizenship and Immigration Services;  )
   ROBERT S. MUELLER, Director of the     )   Date:       March 11, 2008
17 Federal Bureau of Investigation; MICHAEL)  Time:       1:00 p.m.
   B. MUKASEY,* Attorney General of the   )   Courtroom:  3, 3rd Floor
18 United States; CHRISTINA POULOS,       )
   Director, California Service Center, U.S.)
19 Citizenship and Immigration Services;   )
   GERARD HEINAUER, Director, Nebraska   )
20 Service Center, U.S. Citizenship and   )
   Immigration Services,                   )
21                                         )
                   Defendants.             )
22 _____)

23                         **I.  NOTICE OF MOTION**

24      PLEASE TAKE NOTICE THAT on March 11, 2008, at 1:00 p.m., before the Honorable

25 Saundra B. Armstrong, Courtroom No. 3, 1301 Clay Street, Oakland, California 94612, Defendants

26 Michael Chertoff, et al., by their attorneys, Joseph P. Russoniello, United States Attorney for the

27

28 *Pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Mukasey is substituted for his predecessor, Alberto
   Gonzales, as the United States Attorney General.
   DEFENDANTS' MOTION AND OPPOSITION
   C 07-3936 PVT

1  Northern District of California, and Melanie L. Proctor, Assistant U.S. Attorney, will move this
2  Court for an order granting summary judgment in Defendants' favor. Defendants' Motion is based
3  on this notice, the points and authorities in support of this motion, the declaration of Neil M.
4  Jacobson, the pleadings on file in this matter, and on such oral argument as the Court may permit.

5  Dated: February 5, 2008                                  Respectfully submitted,

                                                            JOSEPH P. RUSSONIELLO
                                                            United States Attorney


                                                            _____/s/_____
                                                            MELANIE L. PROCTOR
                                                            Assistant United States Attorney
                                                            Attorney for Defendants