Qiang Lu, *Pro se*
3 Dory Lane
Foster City, CA 94404
Telephone: (650) 303-5807
Email: luqiang@cal.berkeley.edu

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| QIANG LU, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; <br> EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; <br> ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation; <br> ALBERTO GONZALES, Attorney General of the United States; <br> CHRISTINA POULOS, Director, California Service Center, U.S. Citizenship and Immigration Services; <br> GERARD HEINAUER, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services, <br><br> Defendants. | Case No.: C07-04221-SBA <br><br> **CERTIFICATE OF SERVICE** |

I, Qiang Lu, certify that on February 11, 2008, I caused a copy of the following document:

Opposition to Defendants' Motion for Summary Judgment and Reply to Defendants' Opposition

to Plaintiff's Motion for Summary Judgment

to be served on the person listed below by USPS Priority Mail with delivery confirmation:

---

Case No.: C07-04221-SBA
**CERTIFICATE OF SERVICE**

1

1. Tracking number: 0306 0320 0002 4480 4985
2. U.S. Attorney Office
3. Attn: Attorney Melanie Proctor
4. 450 Golden Gate Avenue, Box 36055
5. San Francisco, CA 94102-3495
6. Attached is a copy of the USPS online delivery confirmation.
7. I declare under penalty of perjury that the foregoing information is true and correct.

Dated this 14th day of February, 2008

Respectfully submitted,

*(signature)*
Qiang Lu (Plaintiff)
*Pro se*

# LIST OF ATTACHMENTS

| *Exhibit* | *Description* |
|---|---|
| 1. | Delivery confirmation of the USPS Priority Mail Tracking # 0306 0320 0002 4480 4985 |

Case No.: C07-04221-SBA
CERTIFICATE OF SERVICE

3

**Exhibit 1**

---

**UNITED STATES POSTAL SERVICE.**                               Home | Help | Sign In

                                                        Track & Confirm  FAQs

**Track & Confirm**

**Search Results**

Label/Receipt Number: 0306 0320 0002 4480 4985
Status: **Delivered**

Your item was delivered at 9:16 AM on February 12, 2008 in SAN FRANCISCO, CA 94102.

( Additional Details > )  ( Return to USPS.com Home > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Track & Confirm
Enter Label/Receipt Number.
( Go > )

---

Case No.: C07-04221-SBA
CERTIFICATE OF SERVICE

4



U.S. POSTAGE
PAID
SUNNYVALE, CA
94085
FEB 14, 08
AMOUNT
$3.06
00047266-16

94612

7007 1490 0001 7149 3128

OFFICE OF THE CLERK,
US DISTRICT COURT, N.D. CAL.
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

QIANG LU
3 DORY LN
FOSTER CITY, CA 94404