IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| QIANG LU, | No. C 07-4221 SBA |
|         Plaintiff, | |
|    v. | **ORDER**<br>[Docket Nos. 17, 19] |
| MICHAEL CHERTOFF, *et al.*, | |
|         Defendants. | |

Currently before the Court are plaintiff Qiang Lu's Motion for Summary Judgment [Docket No. 17] and Defendants' Motion for Summary Judgment [Docket No. 19]. The Court notes that while the Defendants style their motion as a motion for summary judgment, they seek the dismissal of claims by and against various parties to this action. Defendants do not argue for summary adjudication as to these claims, and provide no legal authority that a motion for summary adjudication is the proper vehicle to dismiss these claims.

Accordingly, the government is hereby ORDERED to file with this Court by no later than March 14, 2008 a brief clarifying the precise relief being sought and the legal standard under which such relief is sought. The government shall also submit a proposed final judgment detailing the relief sought. Plaintiff shall file a response, if any, by no later than March 19, 2008. The parties shall not make any further argument as to the merits of their respective motions; the sole purpose of the further briefing is to clarify the relief being sought by the Defendants.

<u>IT IS SO ORDERED.</u>

Dated: 3/12/08

                                    SAUNDRA BROWN ARMSTRONG
                                    United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LU et al,

        Plaintiff,

v.

CHERTOFF et al,

        Defendant.

Case Number: CV07-04221 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Qiang Lu
3 Dory Lane
Foster City, CA 94404

Dated: March 12, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk