JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| QIANG LU, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation; ALBERTO R. GONZALES, Attorney General of the United States; CHRISTINA POULOS, Director, California Service Center, U.S. Citizenship and Immigration Services; GERARD HEINAUER, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services, <br><br> Defendants. | No. C07-4221 SBA <br><br> CLARIFYING BRIEF IN RESPONSE TO THE COURT'S ORDER DATED MARCH 12, 2008 |

Pursuant to the Court's Order dated March 12, 2008, Defendants hereby submit this clarifying brief.

Subject-matter jurisdiction is not waivable, and may be raised at any time. <u>In re Kieslich</u>, 258 F.3d 968, 970 (9th Cir. 2001); <u>Hill v. Blind Indus. and Services of Maryland</u>, 179 F.3d 754, 762 (9th Cir. 1999). Defendants ask the Court to dismiss Defendants Mukasey and Mueller from this action,

SUPPLEMENTAL BRIEF
07-4221 SBA

1  on the ground that the Court lacks jurisdiction to compel any action on their part. Defendants'
2  Motion, p. 5; see Konchitsky v. Chertoff, No. C-07-00294 RMW, 2007 WL 2070325, at *6-7 (N.D.
3  Cal. July 13, 2007) (stating "courts squarely addressing the issue of whether they have jurisdiction
4  to compel the FBI to perform name checks . . . have overwhelmingly concluded that they do not.").
5  In addition, Defendants ask the Court to dismiss the claims on behalf of Plaintiff's wife on two
6  grounds, both of which go to the Court's jurisdiction over the subject matter of these claims. First,
7  because Plaintiff is pro se, he cannot seek relief on her behalf. Defendants' Motion, p. 6-7; see C.E.
8  Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987). Second, because her
9  application is dependant upon his, it cannot be adjudicated at this time. Defendants' Motion, p. 6-7;
10 see Kheiravar v. Chertoff, No. 07cv0143 JM, 2007 U.S. Dist. LEXIS 35390, at *5 (S.D. Cal.
11 May 14, 2007) (dismissing beneficiary's claim for lack of subject matter jurisdiction).

12     Defendants also ask the Court to find that the delay in this case is not unreasonable, and that
13 they are therefore entitled to summary judgment in their favor. Defendants' Reply, pp. 4-5; Clayton
14 v. Chertoff, et al., No. 07-cv-02781-CW, 2007 WL 2904049 (N.D. Cal. Oct. 1, 2007); Dong v.
15 Chertoff, 513 F. Supp. 2d 1158. 1171 (N.D. Cal. 2007).

Dated: March 14, 2008                    Respectfully submitted,

                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney


                                         _____/s/_____
                                         MELANIE L. PROCTOR
                                         Assistant United States Attorney
                                         Attorneys for Defendants