**U.S. Department of Justice**

Joseph P. Russoniello
*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*  (415) 436-6730
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California  94102-3495*  FAX:(415) 436-7169

March 19, 2008

Hon. Saundra B. Armstrong
United States District Judge
1301 Clay Street
Oakland, California 94612-5212

      Re: <u>Lu v. Chertoff</u>, 07-4221 SBA

Dear Judge Armstrong:

      This letter is to inform the Court that by Friday, March 21, 2008, the parties will file a stipulation to dismiss the above entitled action.  Undersigned counsel has been advised by Plaintiff that he will send her the signed stipulation as soon as he has access to a printer and fax machine.

      Sincerely,

      JOSEPH P. RUSSONIELLO
      United States Attorney

        /s/
      MELANIE L. PROCTOR
      Assistant U.S. Attorney
      Attorneys for Defendants

cc: Lu Qiang, Pro Se
   3 Dory Lane
   Foster City, California 94404
   luqiang@cal.berkeley.edu