Qiang Lu, *Pro se*
3 Dory Lane
Foster City, CA 94404
Telephone: (650) 303-5807
Email: luqiang@cal.berkeley.edu

Plaintiff

FILED
MAR 1 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| QIANG LU,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services;<br>ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation;<br>ALBERTO GONZALES, Attorney General of the United States;<br>CHRISTINA POULOS, Director, California Service Center, U.S. Citizenship and Immigration Services;<br>GERARD HEINAUER, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services,<br><br>    Defendants. | Case No.:  C07-04221-SBA<br><br>**REPLY TO DEFENDANTS' BRIEF** |

On March 12, 2008, the Court ordered Defendants to file a brief clarifying the relief being sought by Defendants. Defendants filed the clarifying brief on March 14, 2008. Plaintiff has no more arguments for further briefing.

Dated this 17th day of March, 2008                                    Respectfully submitted,

Case No.: C07-04221-SBA
REPLY TO DEFENDANTS' BRIEF

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
Qiang Lu (Plaintiff)
*Pro se*

Case No.: C07-04221-SBA
**REPLY TO DEFENDANTS' BRIEF**

2

# CERTIFICATE OF SERVICE

I, Qiang Lu, certify that I am causing a copy of the attached document to be served on the person listed below:

U.S. Attorney Office

Attn: Attorney Melanie Proctor

450 Golden Gate Avenue, Box 36055

San Francisco, CA 94102-3495

by placing said copy in a postage fully prepaid (First Class Mail) envelope, and depositing said envelope in the U.S. Mail.

I declare under penalty of perjury that the foregoing information is true and correct.

Dated this 17th day of March, 2008                    Respectfully submitted,

                                                      _____
                                                      Qiang Lu (Plaintiff)
                                                      *Pro se*

Case No.: C07-04221-SBA
REPLY TO DEFENDANTS' BRIEF

3

QIANG LU
3 DORY LN.
FOSTER CITY, CA 94404





OFFICE OF THE CLERK
U.S. DISTRICT COURT, N.D. CAL.
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

