1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
6 | Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| QIANG LU, | No. C07-4221 SBA |
| Plaintiff, | |
| v. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation; ALBERTO R. GONZALES, Attorney General of the United States; CHRISTINA POULOS, Director, California Service Center, U.S. Citizenship and Immigration Services; GERARD HEINAUER, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services, | STIPULATION TO DISMISS; PROPOSED ORDER |
| Defendants. | |

///

///

///

///

///

STIPULATION
07-4221 SBA

The parties hereby stipulate, subject to approval of the Court, to dismissal of the above captioned action in light of the fact the U.S. Citizenship and Immigration Services has adjudicated both Plaintiff's and his wife's applications for adjustment of status.

The parties shall bear their own costs and fees.

Dated: March 20, 2008                                        Respectfully submitted,

                                                             JOSEPH P. RUSSONIELLO
                                                             United States Attorney


                                                                    /s/
                                                             _____
                                                             MELANIE L. PROCTOR[1]
                                                             Assistant United States Attorney
                                                             Attorneys for Defendants


Dated: March 19, 2008                                               /s/
                                                             _____
                                                             QIANG LU
                                                             Pro Se

## PROPOSED ORDER

Pursuant to stipulation, IT IS SO ORDERED. All pending motions and deadlines are hereby TERMINATED. The Clerk shall close the file.

Dated:                                                       _____
                                                             SAUNDRA BROWN ARMSTRONG
                                                             United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.