JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| QIANG LU, | No. C07-4221 SBA |
|     Plaintiff, | |
|     v. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation; ALBERTO R. GONZALES, Attorney General of the United States; CHRISTINA POULOS, Director, California Service Center, U.S. Citizenship and Immigration Services; GERARD HEINAUER, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services, | STIPULATION TO DISMISS; ORDER |
|     Defendants. | |

///

///

///

///

///

STIPULATION
07-4221 SBA

The parties hereby stipulate, subject to approval of the Court, to dismissal of the above captioned action in light of the fact the U.S. Citizenship and Immigration Services has adjudicated both Plaintiff's and his wife's applications for adjustment of status.

The parties shall bear their own costs and fees.

Dated: March 20, 2008                                   Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

      /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: March 19, 2008                                         /s/
QIANG LU
Pro Se

## ORDER

Pursuant to stipulation, IT IS SO ORDERED. All pending motions and deadlines are hereby TERMINATED. The Clerk shall close the file.

Dated: 3/26/08                                   *Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION
07-4221 SBA                                   2